

STATE OF MICHIGAN

SUPREME COURT


144072(80)

ITALO PARISE,
      Plaintiff-Appellant,

v

DETROIT ENTERTAINMENT, LLC
      Defendant-Appellee.

_____


STATEMENTS REGARDING RULING ON MOTION FOR DISQUALIFICATION


JANUARY 19, 2012


      YOUNG, C.J.  I deny plaintiff's renewed motion seeking my disqualification.  I deny plaintiff's additional claim regarding the alleged donations made to Candice Miller for Congress, followed by Candice Miller for Congress' alleged donations to the Michigan Republican Party, followed by the alleged donation by the Michigan Republican Party to my Supreme Court campaign in 2010.  Even if true, this new allegation is one degree of separation *further* than the subject matter of the previous motion for disqualification.  Accordingly, it too is insufficient to give rise to an appearance of impropriety. Moreover, plaintiff's allegations regarding professional and consulting relationships, even if true, are too attenuated to give rise to an appearance of impropriety. Plaintiff still does not claim that I am actually biased for or against either party in this matter. Because I am not biased for or against either party in this matter, I deny plaintiff's motion seeking my disqualification.

      MARY BETH KELLY, J.  I deny plaintiff's motion seeking my disqualification. Plaintiff's allegation that Candice Miller for Congress contributed donations to the

Michigan Republican Party, which then allegedly made donations to my 2010 Supreme Court campaign, is insufficient to give rise to an appearance of impropriety. Additionally, plaintiff has not raised any specific allegation that I am biased against either party in this matter. Accordingly, because I am not actually biased for or against either party, and because plaintiff has not alleged a sufficient basis demonstrating an appearance of impropriety, I deny plaintiff's motion for my disqualification.